FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 13 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PS 42
(Rev 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Tammy L Franks ) | Case No. 0860 4:17CR00203 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tammy L. Franks_____, have discussed with _____Ryan Skelton_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Get medical or psychiatric treatment as deemed necessary.

I consent to this modification of my release conditions and agree to abide by this modification.

_Tammy Franks_     9-11-17     _[signature]_     9/11/17
Signature of Defendant    Date     Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Omar F. Greene_     09/11/2017
Signature of Defense Counsel    Date

The Assistant U.S. Attorney ☑ does ☐ does not concur with this modification.
☑ The above modification of conditions of release is ordered, to be effective on _9/11/17_.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_     9/13/17
Signature of Judicial Officer    Date